UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WAYNE WALTON II,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SUTTER, et al.,<br><br>Defendants. | No. 2:18-cv-00080-TLN-DB<br><br><br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 2, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. (ECF No. 21.) The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 2, 2019 (ECF No. 21) are adopted in full;

2. Defendants' motion to dismiss (ECF No. 12) the amended complaint's false arrest claim is GRANTED and that claim is dismissed without further leave to amended;

3. Defendants' motion to dismiss (ECF No. 12) Plaintiff's judicial deception claim is DENIED; and

4. Defendants are ordered to file an answer to the amended complaint's excessive force and judicial deception claims within fourteen days of the date of this Order.

Dated: August 29, 2019

Troy L. Nunley
United States District Judge