UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WAYNE WALTON II,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SUTTER, et al.,<br><br>Defendants. | No. 2:18-cv-00080-TLN-DB<br><br><br><br>**ORDER** |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 9, 2021, the magistrate judge filed findings and recommendations (ECF No. 73) herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 9, 2021 (ECF No. 73) are ADOPTED IN FULL;

2. Defendants' July 14, 2020 Motion for Summary Judgment (ECF No. 53), re-noticed on October 16, 2020 (ECF No. 71) is DENIED IN PART and GRANTED IN PART;

3. Judgment is entered in Defendant Rounds' favor as to plaintiff's claim of judicial deception; and

4. Defendants' Motion for Summary Judgment is DENIED as to the Amended Complaint's excessive force claim against Defendant Jason Davis.

DATED: September 22, 2021

 
Troy L. Nunley
United States District Judge