## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**GREGORY WAYNE WALTON II,**

v.

CASE NO: **2:18–CV–00080–DJC–DB**

**JASON DAVIS, ET AL.,**

**XX –– Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 1/17/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **January 17, 2024**

by: /s/ G. Michel
Deputy Clerk